EDITH MARR, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents.— Same decision and like cause of action as in companion case of *Marr* v. *City of Niagara Falls* (*ante*, p. 1071, decided herewith). Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

WILLIS M. FOTHERINGHAM, Appellant, v. CITY OF BUFFALO et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order dismisses plaintiff's complaint on payment by defendant [Frank J. Alessi] of a certain sum into court to the credit of plaintiff, in an action to foreclose a tax script upon realty in the city of Buffalo, purchased by plaintiff.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

PETER PETERSON, Appellant, v. LEHIGH VALLEY RAILWAY COMPANY et al., Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendants in an action to recover damages for the death of plaintiff's cow alleged to have been negligently killed by one of defendants' trains. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of JOSEPH SIKICH, Appellant, against MICHAEL J. HUGHES, as Mayor of the City of Lackawanna, et al., Respondents.— Final order reversed on the law and as a matter of discretion, without costs of this appeal to any party, and matter remitted to the Special Term to take proof as to whether petitioner's position and duties as street inspector qualified him under resolution of the State Civil Service Commission dated February 7, 1941. All concur. (The final order denies petitioner's application for an order of reinstatement, and dismisses the petition.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.